The Cardoza Law Corporation
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff*,
Nabeela Baig

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| NABEELA BAIG;<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND GROUP, LLC;<br><br>Defendant | Case Number:<br><br>3:18-cv-1508<br><br>*HON. JUDGE CHARLES R. BREYER*<br><br>**STIPULATION OF DISMISSAL & [PROPOSED] ORDER** OF DISMISSAL PURUSANT TO FRCP 41(A) |
|---|---|

///

///

///

///

Plaintiff NABEELA BAIG, and Defendant NORTHLAND GROUP, LLC, hereby stipulate under Federal Rule of Civil Procedure 41(a)1(1)(ii) that the above-entitled action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: June 20, 2018    THE CARDOZA LAW CORPORATION

BY: /s/ MICHAEL F. CARDOZA
MICHAEL F. CARDOZA, ESQ.
ATTORNEY FOR PLAINTIFF,
NABEELA BAIG

DATED: June 20, 2018    SESSIONS, **FISHMAN**, NATHAN & ISRAEL, L.L.P.

BY: /s/ DEBBIE P. KIRKPATRICK
DEBBIE P. KIRKPATRICK, ESQ.
ATTORNEY FOR NORTHLAND GROUP, LLC

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Michael F. Cardoza, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on 6/20/2018, I electronically filed a true and correct copy of the foregoing ADR Certification by Parties and Counsel with the Clerk of the Court for the United States District Court for the Northern District Of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

THE CARDOZA LAW CORPORATION

DATED: June 20, 2018

BY: /s/ Michael F. Cardoza
Michael F. Cardoza, Esq.
Attorney for Plaintiff,
Nabeela Baig

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.



---

HON. JUDGE CHARLES R. BREYER

United States Judge

Dated: June 25, 2018